**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6973**

_____

MICHAEL S. GORBEY,

             Petitioner - Appellant,

       v.

HAROLD W. CLARKE, Director, Virginia Department of
Corrections,

             Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:12-cv-00667-RAJ-TEM)

_____

Submitted:  September 26, 2013      Decided:  September 30, 2013

_____

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael S. Gorbey, Appellant Pro Se.  Rosemary Virginia Bourne,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Gorbey seeks to appeal the district court's denial of his appeal from the magistrate judge's order substituting the proper party as Respondent to his 28 U.S.C. § 2254 (2006) petition and directing him to remedy filing deficiencies. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Gorbey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED